**United States District Court**

For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JOHN DOE,                                                    No. C 07-04756 JF (PVT)

        Plaintiff(s),

                                       CLERK'S NOTICE

    v.

THE DEPARTMENT OF CORRECTION
CALIFORNIA ATTORNEY GENERAL
JERRY BROWN,

        Defendant(s).

_____/

TO ALL PARTIES AND COUNSEL OF RECORD:

     Please take notice that this action has been reassigned a civil miscellaneous case number

which is C-07-80227 MISC JF.  Please use this number for any future filings and communications

with the court on this matter.  All current filings have been placed under the new number.


Dated:  September 26, 2007

                                  Richard W. Wieking, Clerk of Court


by: _____
     Snooki Puli
     Deputy Clerk